No. 82–806.   WILLIAMS v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–807.   FIELDS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 82–824.   STANSBURY, PERSONAL REPRESENTATIVE OF THE ESTATE OF STANSBURY v. CHEVRON U.S.A. INC. C. A. 5th Cir.   Certiorari denied.

No. 82–5131.   CONSAGRA v. FLORIDA PAROLE AND PROBATION COMMISSION.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 82–5271.   ARMSTRONG v. WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 82–5283.   GOLDBERG v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 82–5290.   WATTS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–5375.   GOODWIN v. DAVIS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 82–5423.   LEVESQUE ET AL. v. UNITED STATES. C. A. 1st Cir.   Certiorari denied.

No. 82–5427.   PRIDE v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 82–5513.   BACHELER v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 82–5562.   PATRICK v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.